LAURIE J. CARPENTER, PLAINTIFF-APPELLANT, v. WEST-
ERN ELECTRIC COMPANY, DEFENDANT-RESPONDENT.

Argued February 2, 1953—Decided February 9, 1953.

*Mr. Laurie J. Carpenter, in propria persona,* argued the
cause.

*Mr. Arthur F. Mead* argued the cause for the respondent
(*Messrs. Cox and Walburg,* attorneys).

PER CURIAM. The appeal must be dismissed because of
lack of jurisdiction, as pointed out in the opinion of the
Appellate Division.

We have nevertheless examined the meritorious questions
sought to be raised and find them to be without substance.

The appeal is dismissed, without costs.

*For affirmance*—Chief Justice VANDERBILT, and Justices
HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and
BRENNAN—7.

*For reversal*—None.